Argued and submitted March 30, affirmed October 11, 1995

## STATE OF OREGON,
*Respondent,*

*v.*

## ROBIN E. McCAIN,
*Appellant.*

(CR32539; CA A84991)

903 P2d 416

Andy Simrin, Deputy Public Defender, argued the cause for appellant. With him on the brief was Sally L. Avera, Public Defender.

Jonathan H. Fussner, Assistant Attorney General, argued the cause for respondent. With him on the brief were Theodore R. Kulongoski, Attorney General, and Virginia L. Linder, Solicitor General.

Before Warren, Presiding Judge, and Edmonds and Armstrong, Judges.

PER CURIAM

Affirmed. *State v. Prickett*, 136 Or App 559, 902 P2d 621 (1995); *State v. Conner*, 132 Or App 478, 888 P2d 1087, *mod* 133 Or App 594, 891 P2d 1384 (1995).